UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| NINA SCOTT                          |                                    |
|       Plaintiff                     | CIVIL ACTION NO. 4A:12-CV-40005    |
| v.                                  |                                    |
| ASSOCIATED CREDIT SERVICES, INC.    |                                    |
|       Defendant                     |                                    |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| NINA SCOTT | ASSOCIATED CREDIT SERVICES, INC. |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Richard Kent Berger | /s/ John J. O'Connor |
| Richard Kent Berger, Esq. | John J. O'Connor |
| Berkent, P.C. | BBO #555251 |
| 11 Salvi Drive | Peabody & Arnold LLP |
| Framingham, MA  01701 | 600 Atlantic Avenue |
|  | Boston, MA  02210-2261 |
|  | Tel. (617) 951-2100 |

Dated:  December 3, 2012.

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that on the 3rd day of December, 2012, I served the attached by causing a copy thereof to be served via ECF to:

Richard Kent Berger, Esq.
Berkent, P.C.
11 Salvi Drive
Framingham, MA  01701

/s/ John J. O'Connor
John J. O'Connor

778103_1
15133-95859